RECEIVED
DEC 14 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Shannon Estese
2200 w 19th st 3r
Chicago, Il., 60608
(312) 566-6661

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Shannon Estese, pro se,

    Plaintiff,

vs,

**DORIAN B LASAINE & ASSOC,** PC

    Defendant.

_____/

11cv8867
Judge Ruben Castillo
Magistrate Martin C. Ashman

COMPLAINT

## PRELIMINARY STATEMENT

1.

This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

COMPLAINT page____

3. On Jan.21,2010

Defendant initiated a hard pull of Plaintiff's credit report from Trans Union without permissible purpose.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### WILLFUL NON-COMPLIANCE BY DEFENDANT, DORIAN B LASAINE & ASSOC

4. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. **DORIAN B LASAINE & ASSOC.** is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. **DORIAN B LASAINE & ASSOC.** willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **DORIAN B LASAINE & ASSOC.** willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against **DORIAN B LASAINE & ASSOC.** for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### NEGLIGENT NON-COMPLIANCE BY DEFENDANT DORIAN B LASAINE & ASSOC.

7. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

8. **DORIAN B LASAINE & ASSOC.** is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

9. **DORIAN B LASAINE & ASSOC.** negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **DORIAN B LASAINE & ASSOC.** negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against **DORIAN B LASAINE & ASSOC.** for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. § 1681o.

WHEREFORE, Plaintiff demands judgment for damages against **DORIAN B LASAINE & ASSOC.** and $2,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n (a) (3) and 15 U.S.C. §1681o (a)

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 14th day of dec. 2011

Shannon Estese
2200 w 19th st. 3r
Chicago, Il. 60608
(312) 566-6661

COMPLAINT page ____