## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Shannon Estese
(Please print)

STREET ADDRESS: 2200 W. 19th ST 3R

CITY/STATE/ZIP: CHICAGO IL. 60608

PHONE NUMBER: (312) 566-6661

CASE NUMBER: 11cv8867
Judge Ruben Castillo
Magistrate Martin C. Ashman

Signature: [signed]  Date: 12-14-11

**FILED**

DEC 1 4 2011 **NF**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT